UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TEAMSTERS LOCAL 456 PENSION,  :
HEALTH & WELFARE, ANNUITY,  :
EDUCATION & TRAINING, INDUSTRY  :
ADVANCEMENT, AND LEGAL SERVICES  :
FUNDS, and WESTCHESTER TEAMSTERS  :
LOCAL UNION NO. 456,  :
                        Plaintiffs,  :  **ORDER**
                                               :  22 CV 8288 (VB)
v.  :
                                               :
BLACKRIDGE CONSTRUCTION, LLC, and  :
JAMES C. CARROLL,  :
                        Defendants.  :
--------------------------------------------------------------x

        Plaintiffs commenced the instant action on September 28, 2022. (Doc. #1).

        On November 22, 2022, plaintiffs docketed affidavits of service indicating service on defendants Blackridge Construction, LLC, and James C. Carroll on October 31, 2022. (Docs. ## 13, 14). Accordingly, defendants had until November 21, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

        To date, neither defendant has answered, moved, or otherwise responded to the complaint.

        Accordingly, provided that defendants remain in default, plaintiffs are ORDERED to seek a certificate of default by **December 7, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **December 21, 2022**. **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 30, 2022
        White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge